DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TAMARA M. HALL JOHNSON,

Appellant,

v.

ZILLOW CLOSING SERVICES, LLC; PROGRESS RESIDENTIAL
BORROWER 19, LLC; and CALVIN S.C. JOHNSON,

Appellees.

_____

No. 2D2025-1051
_____

October 31, 2025

Appeal from the Circuit Court for Hillsborough County; Christine A.
Marlewski, Judge.

Tamara M. Hall Johnson, pro se.

Aaron A. Wagner of Kabat Chapman & Ozmer LLP, Atlanta, for Appellee
Zillow Closing Services, LLC.

No appearance for remaining Appellees.

PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.